Jim Spinner, Esquire
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
FAX: (208) 232-1808
Email: spinjim@cablone.net
ISB No. 3417

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 15-40763-JDP |
|  | ) | Chapter 7 |
| RALPH D. ISOM, and | ) | |
| PAULA ISOM, and | ) | |
| I & S FARMS, a general partnership, | ) | |
|  | ) | |
| Debtors. | ) | |
|  | ) | |

**RESPONSE AND OBJECTION TO MOTION TO STAY PENDING APPEAL**

COMES NOW, the Chapter 7 Trustee, R. Sam Hopkins, by and through his attorney, Jim Spinner, Esquire, and hereby responds and objects to the Motion to Stay Pending Appeal (docket #872) filed by the above named Debtors.  Said objection is brought upon the grounds that a stay pending the appeal is not appropriate on this matter.  The Trustee's response and objection is more fully set out in a memorandum to be filed with the Court, in response to the initial memorandum filed by the Debtors (docket #873 ), and the supplemental memorandum filed by the Debtors on August 21, 2019 (docket #888).

The Trustee requests the Court deny the motion.

**RESPONSE AND OBJECTION TO MOTION TO STAY PENDING APPEAL - PAGE 1**

DATED this 23rd day of August, 2019.

                                      SPINNER, WOOD & SMITH
                                      Attorneys for R. Sam Hopkins, Trustee

                                  By:  /s/_____
                                            Jim Spinner

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on August 23, 2019, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee<br><br>ustp.region18.bs.ecf@usdoj.gov | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[x] ECF Notice<br>[ ] Facsimile |
| Brent T. Robinson<br><br>btr@idlawfirm.com | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[x] ECF Notice<br>[ ] Facsimile |
| Robert J. Maynes<br><br>maynes@maynestaggart.com | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[x] ECF Notice<br>[ ] Facsimile |
| Ralph Dean Isom<br>5584 West 33rd North<br>Idaho Falls, ID 83402-5312 | [x] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] ECF Notice<br>[ ] Facsimile |
| Paula Isom<br>10199 West Smoke Ranch Drive, Apt. 108<br>Boise, ID 83709 | [x] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] ECF Notice<br>[ ] Facsimile |

                                  By: /s/_____
                                      Jim Spinner